Nettie **WILLIAMS**, Appellant,

v.

**UNITED STATES** of America, and
Frances Marie Williamson,
Appellees.

No. 7371.

United States Court of Appeals
Fourth Circuit.

Argued April 8, 1957.

Decided April 27, 1957.

Randolph Bias, Williamson, W. Va. (Bias & Bias, Williamson, W. Va., on brief), for appellant.

J. Brooks Lawson, Williamson, W. Va. (J. Brooks Lawson, Jr., Williamson, W. Va., on brief), for appellee Frances Marie Williamson.

Before PARKER, Chief Judge, and SOPER and SOBELOFF, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment on a National Service Life Insurance policy in a contest between the widow and the mother of a deceased soldier. The mother had originally been named as beneficiary, and the only question in the case was whether the beneficiary had been changed. The question was one of fact which the trial judge resolved in favor of the widow, holding that the evidence showed an intent to change the beneficiary together with an affirmative act directed to that end. There is nothing in the record which would justify us in disturbing his findings. The facts and applicable principles of law are fully set forth in his opinion, which is adopted as the opinion of this court; and nothing need be added thereto. See United States v. Williams, D.C., 145 F.Supp. 308. See also Aguilar v. United States, 9 Cir., 226 F.2d 414, certiorari denied 351 U.S. 955, 76 S.Ct. 852, 100 L.Ed. 1478.

Affirmed.

**NEW YORK CREDIT MEN'S ADJUST-MENT BUREAU, Inc.,** Trustee in Bankruptcy of Charlotte Textile Company, Bankrupt, Petitioner-Appellant,

v.

**DEERING, MILLIKEN & CO., Inc.,**
Respondent-Appellee.

No. 326, Docket 24229.

United States Court of Appeals
Second Circuit.

Argued April 5, 1957.

Decided May 2, 1957.

Bernard Weinstein, New York City (J. Jacob Hahn, of Hahn & Golin, and Julius J. Abeson, New York City, on the brief), for petitioner-appellant.

Benjamin Brownstein, of Siegel & Brownstein, New York City, for respondent-appellee.

Before CLARK, Chief Judge, and HAND and LUMBARD, Circuit Judges.

PER CURIAM.

Affirmed on the findings of the referee and the cases of Grubb v. General Contract Purchase Corp., 2 Cir., 94 F.2d 70, Smyth v. Kaufman, 2 Cir., 114 F.2d 40, 42, 130 A.L.R. 951, and Inter-State Nat. Bank of Kansas City v. Luther, 10 Cir., 221 F.2d 382, 393, certiorari dismissed 350 U.S. 944, 76 S.Ct. 297, 100 L.Ed. 833.